IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH F. SMITH, JR.**                                                                                          **PLAINTIFF**

v.                                     Case No: 4:22-CV-01267-LPR-PSH

**DAVIS,** *Officer, Lonoke*
*County Jail*, **et al.**                                                                                              **DEFENDANTS**

## ORDER

On December 19, 2022, Plaintiff Kenneth F. Smith, Jr., an inmate at the Lonoke County Jail, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] After his release, Smith filed notices of his current address.[2] Mail sent to Mr. Smith at his latest address was returned as undeliverable on August 3, 2023.[3] Accordingly, on September 11, 2023, the Court entered an Order directing Mr. Smith to provide notice of his current mailing address within thirty days if he wished to proceed with this lawsuit.[4] The Court warned Mr. Smith that his failure to comply with the Order may cause his Complaint to be dismissed.[5]

Mr. Smith has not complied with, or otherwise responded to, the Court's September 11 Order, and the time for doing so has expired. Mr. Smith's Complaint is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Docs. 14 & 25.

[3] Doc. 27.

[4] Order (Doc. 29).

[5] *Id.*

IT IS SO ORDERED this 7th day of December 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE